**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

NIED OWNERSHIP LLC,                                      Case No. 6:26-bk-03232-TPG
                                                        Chapter 11

        Debtor.

_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS GIVEN THAT:**

1.      The Honorable Tiffany Geyer will conduct a preliminary hearing in this proceeding on August 27, 2026, at 10:00 a.m., in Courtroom 6A, George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, 32801, on the following matter:

**ACRE CFPORTFOLIO LLC'S MOTION TO COMPEL DEBTOR TO**
**ESTABLISH AND FUND A SEGREGATED CASH RESERVE PENDING A**
**DETERMINATION OF THE ALLOWED AMOUNT OF ITS SECURED CLAIM**
(Doc. 176)

2.      All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/geyer or call 407-237-8111.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 10, 2026                      */s/ Lara Roeske Fernandez*
                                            Lara Roeske Fernandez, Esq.
                                            Florida Bar No. 88500
                                            Trenam, Kemker, Scharf, Barkin, Frye,
                                              O'Neill & Mullis, P.A.
                                            101 E. Kennedy Blvd., Ste. 2700
                                            Tampa, FL 33602-5150
                                            Telephone: 813-227-7404
                                            Email:  lfernandez@trenam.com
                                            Counsel for ACRE CFPORTFOLIO LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2026, a true and correct copy of the foregoing was served to all parties receiving CM/ECF notification via the Court's CM/ECF system.

/s/ Lara Roeske Fernandez
Attorney