**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| NIED OWNERSHIP LLC, | Case No. 6:26-bk-03232-TPG |
| Debtor. | |

___________________________________/

**MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

Berger Singerman LLP ("**Berger Singerman**"), counsel for the Debtor, Nied Ownership LLC (the "**Debtor**"), respectfully requests the entry of an order, pursuant to Rule 4-1.16(b) of the Rules Regulating The Florida Bar (the "**Bar Rules**") and Local Rule 2091-2 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida, permitting it to withdraw as counsel on the basis that: (i) irreconcilable differences have arisen between Berger Singerman and the Debtor; (ii) significant efforts to resolve those matters have failed; and (iii) leave to withdraw is warranted under the Bar Rules. In support of its request, Berger Singerman represents as follows:

1. The Debtor failed substantially to fulfill obligations to Berger Singerman regarding its services and was given reasonable warning that Berger Singerman would withdraw unless the obligations were fulfilled. The deadline for fulfilling the obligations ran and the obligations were not satisfied timely.

2. The Debtor's failure to substantially fulfill its obligations to Berger Singerman has rendered the representation unreasonably difficult.

3. Forcing Berger Singerman to continue representing the Debtor under these circumstances would be inequitable and would result in an unreasonable financial burden on Berger Singerman.

4. Berger Singerman diligently attempted to resolve the issues giving rise to this motion before seeking judicial intervention.

5. The Debtor and its affiliates are represented by Kohrman Jackson & Krantz LLP and Alston & Bird LLP, who are familiar with the issues and can either substitute in or pursue replacement local counsel without prejudice to the estate.

**WHEREFORE**, Berger Singerman LLP respectfully requests that this Court enter an Order: (a) granting this motion; (b) granting leave to Berger Singerman to withdraw as counsel for the Debtor; (c) removing Berger Singerman from the CM/ECF service list in this case; (d) directing that all future papers be served upon the Debtor through Kohrman Jackson & Kratz LLP, Alston & Bird LLP, and/or such new local counsel as the Debtor may retain; and (e) granting such other and further relief as this Court deems just and proper.

DATED: August 21, 2026.

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for the Debtor*
101 E. Kennedy Blvd, Suite 1165
Tampa, FL 33602
Telephone: (813) 498-3400
Facsimile: (813) 527-3705

By: */s/ Amy Denton Mayer*
Amy Denton Mayer
Florida Bar No. 634506
amayer@bergersingerman.com
Edward J. Peterson III
Florida Bar No. 146212
epeterson@bergersingerman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2026, a true and correct copy of the foregoing *Motion to Withdraw as Counsel for the Debtor* was served by (i) electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and (ii) electronic transmission and first class, U.S. Mail upon all parties listed below.

*/s/ Amy Denton Mayer*
Amy Denton Mayer

| | |
|---|---|
| Nied Ownership LLC<br>Attn.: Michael Niederst, Manager<br>1250 Marden Road, Suite 1<br>Apopka, Florida 32703<br>mniederst@nmresidential.com | Jon J. Pinney, Esquire<br>jjp@kjk.com<br>Peggy Beistel, Esquire<br>psb@kjk.com<br>Kyle Stroup, Esquire<br>kds@kjk.com<br>Kohrman Jackson & Kratz LLP<br>1375 East Ninth Street<br>One Cleveland Center, 29th Floor<br>Cleveland, Ohio 43215 |
| William S. Sugden, Esquire<br>Will.sugden@alston.com<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA, 30309 | |

**CM/ECF SERVICE LIST**

Raye Curry Elliott on behalf of Interested Party The Huntington National Bank
raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com

Lara Roeske Fernandez on behalf of Creditor ACRE CFPORTFOLIO LLC
lfernandez@trenam.com,
mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;jpayne@trenam.com

Christian P George on behalf of Interested Party The Huntington National Bank
christian.george@akerman.com, susan.scott@akerman.com;jennifer.meehan@akerman.com

Taylor J King on behalf of Interested Party The Huntington National Bank
taylor.king@akerman.com, jamie.blozy@akerman.com;jennifer.meehan@akerman.com

Marc L. Levine on behalf of Debtor Nied Ownership LLC
mlevine@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;LMonteagudo@bergersingerman.com

Justin M Luna on behalf of Creditor Douglass Anne Bush, as Trustee of the SDB Irrevocable Trust dated March 5, 2012, as reformed and restated; and Shawn Bush, as Trustee of the JPB Irrevocable Trust dated February 14, 2012
jluna@lathamluna.com, bknotice1@lathamluna.com

Amy Denton Mayer on behalf of Debtor Nied Ownership LLC
amayer@bergersingerman.com,
KJohnson@bergersingerman.com;MHoseth@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Wanda D Murray on behalf of U.S. Trustee United States Trustee - ORL
wanda.murray@usdoj.gov

David E. Otero on behalf of Interested Party The Huntington National Bank
david.otero@akerman.com, tracy.lee@akerman.com;jennifer.meehan@akerman.com

Edward J. Peterson, III on behalf of Debtor Nied Ownership LLC
epeterson@bergersingerman.com,
jcleaves@bergersingerman.com;jeising@bergersingerman.com;mhoseth@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Shane G Ramsey on behalf of Interested Party WPC IV, LLC
shane.ramsey@nelsonmullins.com,
jada.prendergast@nelsonmullins.com;linnea.hann@nelsonmullins.com

Shane G Ramsey on behalf of Interested Party WPC Ventures, LLC

shane.ramsey@nelsonmullins.com,
jada.prendergast@nelsonmullins.com;linnea.hann@nelsonmullins.com

Harley E Riedel on behalf of Mediator Harley Riedel
hriedel.ecf@srbp.com, srbpecf@srbp.com

John I Silverfield on behalf of Interested Party PLATINUM REAL ESTATE EXPERTS, LLC
jsilverfield@holmesfraser.com, service@holmesfraser.com

United States Trustee - ORL
USTP.Region21.OR.ECF@usdoj.gov

Mark M Wall on behalf of Creditor American Momentum Bank, a Florida banking corporation
mwall@hwhlaw.com,
phil.khezri@hwhlaw.com;jeremy.cannon@hwhlaw.com;julian.lortz@hwhlaw.com