**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

NIED OWNERSHIP LLC,

Debtor.

Case No. 6:26-bk-03232-TPG
Chapter 11

**ACRE CFPORTFOLIO LLC'S EXHIBIT LIST (Nos. 113-118)**

(Trial on ACRE CFPortfolio LLC's *Motion to Dismiss Chapter 11 Case or, in the Alternative, For Relief from the Automatic Stay* (Doc. No. 23))

Trial Date: August 27, 2026, at 9:30 A.M.

| **Exh. #** | **Document Description** | **Date Identified** | ***Date Admitted*** | ***With or Without Objection*** |
|---|---|---|---|---|
| 113 | ACRE CFPortfolio LLC's Requests for Document Production (June 2, 2026) | | | |
| 114 | Debtor's Response to ACRE CFPortfolio LLC's Requests for Document Production (June 17, 2026) | | | |
| 115 | ACRE CFPortfolio LLC's Second Requests for Document Production (June 11, 2026) | | | |
| 116 | Debtor's Response to ACRE CFPortfolio LLC's Second Requests for Document Production (June 17, 2026) | | | |
| 117 | ACRE CFPortfolio LLC's Responses and Objections to Debtor's First Set of Interrogatories | | | |
| 118 | Huntington National Bank Complaint in Foreclosure – David B. Niederst et al., Case No. CV 26 144792 (August 17, 2026) | | | |

Dated: August 25, 2026

/s/ *Lara Roeske Fernandez*
Lara Roeske Fernandez, Esq.
Florida Bar No. 88500
lfernandez@trenam.com
**TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.**
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Telephone: (813) 223-7474

*Counsel for ACRE CFPortfolio LLC*

*/s/ Charles A. Dale*
Charles A. Dale, Esq. (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
Telephone: (617) 519-9600
Email: cdale@proskauer.com

*Counsel for ACRE CFPortfolio LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients.

*/s/ Lara Roeske Fernandez*
Lara Roeske Fernandez