UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE: Chapter 11

NIED OWNERSHIP LLC, Case No. 6:26-bk-03232-TPG

Debtor.
_______________________________________/

**DEBTOR'S RESPONSE TO ACRE CFPORTFOLIO LLC'S REQUESTS FOR DOCUMENT PRODUCTION**

Debtor, Nied Ownership LLC ("Nied"), by and through its undersigned counsel, hereby responds to ACRE CFPORTFOLIO LLC's ("ACRE") Requests for Document Production (the "Request"). In responding to the Request, unless stated otherwise herein, Nied adopts and incorporates the Definitions set forth in the Request, and such defined terms shall have the same meaning herein as that set forth in the Request.

**DOCUMENT REQUESTS**

**Request for Production No. 1.** All Documents and Communications dated, created, sent, received, or otherwise arising during the one-year period preceding the date of these Requests Concerning any actual, proposed, contemplated, or potential Refinancing of the debt secured by or relating to the properties comprising the Portfolio, whether collectively or with respect to any single property or group of properties, including any efforts to solicit, obtain, negotiate, document, approve, or consummate any such Refinancing.

**RESPONSE: Nied will produce non-privileged documents responsive to Request Number 1.**

**Request for Production No. 2.** All Documents and Communications dated, created, sent, received, or otherwise arising during the one-year period preceding the date of these Requests Concerning any actual, proposed, contemplated, or potential Sale of the Portfolio or any single

property or group of properties comprising the Portfolio, including any efforts to solicit, obtain, negotiate, document, approve, or consummate any such Sale.

**RESPONSE: Nied will produce non-privileged documents responsive to Request Number 2.**

**Request for Production No. 3.** To the extent not covered by Request Nos. 1 and 2, all Documents and Communications dated, created, sent, received, or otherwise arising during the one-year period preceding the date of these Requests Concerning any actual, proposed, contemplated, or potential strategic transaction involving the Debtor, ACRE's and/or the Debtor's equity interests in Nied Member, or the Portfolio, whether collectively or with respect to any single property or group of properties comprising the Portfolio, including any efforts to solicit, obtain, negotiate, document, approve, or consummate any such strategic transaction.

**RESPONSE: Nied objects to Request Number 3 on the grounds that it is vague. Specifically, Nied does not know what ACRE means by the term "strategic transaction" (and ACRE has not included it as a defined term in the Request). As a result, Nied is unable to understand the category of documents that ACRE seeks in Request Number 3.**

**Request for Production No. 4.** All Documents and Communications dated, created, sent, received, or otherwise arising during the one-year period preceding the date of these Requests Concerning any actual, proposed, contemplated, or potential Refinancing of the Debtor's and/or Nied Member's obligations to ACRE in connection with ACRE's preferred equity interests in Nied Member, or any other plan, proposal, or strategy intended to cure any defaults relating to ACRE's preferred equity interests or otherwise address ACRE's rights, claims, interests, and remedies thereunder.

**RESPONSE: Nied will produce non-privileged documents responsive to Request Number 4 (which appears to seek documents that are redundant to those sought by Request Number 1).**

DATED: June 17, 2026.

*/s/ Edward J. Peterson*
Edward J. Peterson
Florida Bar No. 14612
Berger Singerman, LLP
101 E. Kennedy Boulevard, Suite 1165
Tampa, Florida 33602
813.498.3400
epeterson@bergersingerman.com
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on June 17, 2026, by email to:

Lara Roeske Fernandez, Esq., Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P.A.
lfernandez@trenam.com

Charles A. Dale, Esq., Proskauer Rose LLP
cdale@proskauer.com

Dylan J. Marker, Esq., Proskauer Rose LLP
dmarker@proskauer.com

*/s/ Edward J. Peterson*
Edward J. Peterson