UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/27/2026 09:30 AM

COURTROOM 6A, 6th Floor

HONORABLE TIFFANY GEYER

CASE NUMBER: FILING DATE:

**6:26-bk-03232-TPG** **11** **05/01/2026**

**Chapter 11**

**DEBTOR:** Nied Ownership LLC

**DEBTOR ATTY:** **Marc Levine**

**TRUSTEE:** **NA**

**HEARING:**

Continued TRIAL
1) ACRE CFPORTFOLIO LLC's Motion to Dismiss Case or, in the Alternative, for Relief from the Automatic Stay (Doc #23) 5/12/26
Declaration Re: Brett Rosenberg in Support of Motion (Doc #24) 5/12/26
Supplemental Declaration of Brett Rosenberg (Doc #130) 7/14/26
Debtor's Response in Opposition (Doc #42) 6/2/26
2) Confirmation Hearing
Disclosure Statement (Doc #66) 6/8/26
Chapter 11 Plan (Doc #67) 6/8/26 and Amendments (Doc #151) 7/15/26
ACRE CFPORTFOLIO LLC's Objection (Doc #131) 7/14/26, Supplemental Objection (Doc #156) 7/16/26 and Second Supplemental Objection (Doc #197) 8/21/26 and (Doc #204) 8/24/26
Ballot Tabulation (Doc #154) 7/15/26
Confirmation Affidavit (Doc #155) 7/15/26
Preliminary Hearing
3) ACRE's Motion to Compel Debtor to Establish and Fund A Segregated Cash Reserve Pending a Determination of the Allowed Amount of its Secured Claim (Doc #176) 8/6/26
4) ACRE's Motion to Compel Nied Ownership LLC to Produce Payoff Letters and Sources and Uses Information and Request for Expedited Consideration (Doc #182) 8/19/26
Debtor's Response (Doc #192) 8/21/26
5) Motion for Leave to Withdraw as Counsel For the Debtor (Doc #193) 8/21/26
Pending w/neg notice:
-Second Application for Interim Compensation for Amy Denton Mayer, Debtor's Attorney, Fee: $575,279.50, Expenses: $4,704.89, for the period of 6/1/2026 to 7/17/2026 (Doc #174) 7/31/26
Notes: 6/9, 7/2, 7/16
ACRE's Notice of Filing Proposed Order Granting Motion to Dismiss (Doc #212) 8/26/26
Debtor's Notice of Filing Report of Joseph J. Luzinski, CRO and Development Specialists, Inc. of Compensation Earned and Expenses Incurred For the Period of July 1, 2026 Through July 31, 2026 (Doc #179) 8/18/26
Debtor's Notice of Filing Report of Joseph J. Luzinski, CRO and Development Specialists, Inc. of Compensation Earned and Expenses Incurred For the Period of May 28, 2026 Through June 30, 2026 (Doc #178) 8/10/26

ACRE's Deposition Testimony Designations for Trial (Doc #150) 7/15/26
**ACRE's Exhibits #113-118 (Doc #211) 8/25/26
**ACRE's Second Supplemental Exhibits #97-107 and #112 (Doc #205) 8/24/26
**ACRE's Second Supplemental Exhibit List - #97-112 and Exhibits #108-112 (Doc #199) 8/21/26
**ACRE's Exhibits #93-95 Under Seal (Doc #194) 8/21/26
**ACRE's Supplemental Exhibit List - #93-96 and Exhibit #96 (Doc #184) 8/20/26
ACRE's Exhibits #9-15, 24, 39-43, 70-86 and 91 filed under seal (Doc #159) 7/16/26 (Admitted except 91)
ACRE's Exhibits #66-92 (Doc #148) 7/15/26 (Admitted except 66-69 and 91)
ACRE's Exhibits #51-65 (Doc #147) 7/15/26 (Admitted except 54-65)
ACRE's Exhibits #1-50 (Doc #146) 7/15/26 (Admitted except 2 and 46)
**Debtor's Supplemental Exhibit #81 filed under seal (Doc #190)
**Debtor's Second Supplemental Exhibit List #81 (Doc #189) 8/20/26
**Debtor's Exhibits #69-80 filed under seal (Doc #188) 8/20/26
**Debtor's Supplemental Exhibit List #69-80 (Doc #187) 8/20/26
Debtor's Exhibits #4-6, 11-12, 14-17, 39-41, 46-48 and 51-68 filed under seal (Doc #152) 7/15/26 (Admitted)
Debtor's Exhibits #31-50 (Doc #145) 7/15/26 (Admitted)
Debtor's Exhibits #1-30 (Doc #144) 7/15/26 (Admitted)
ACRE's Pretrial Memorandum of Case Law (Doc #132) 7/14/26
Debtor's Third Amended Witness List (Doc #129) 7/13/26
**Creditor's (ACRE) Second Amended Witness List (Doc #186) 7/13/26
Notice of Impasse of Mediation (Doc #137) 7/14/26
Confidentiality Stipulation and Protective Order (Doc #93) 6/29/26
Periodic Reports Concerning Related Entities (Doc #48 - #62) 6/5/26
CMS (Doc #14) 5/6/26
341 concluded 6/4/26
claims deadline: 7/10/26
MORs:
June 2026 (Doc #164) 7/22/26
May 2026 (Doc #86) 6/23/26

**APPEARANCES:**:

Amy Denton Mayer and Nicolette Vilmos (Debtor),
Charles Dale, Dylan Marker and Lara Fernandez (ACRE CFPORTFOLIO LLC),
Michael Niederst, Manager,
Nathan Lynch, Broker,
Jeff Goldstein (ACRE Management),
Wanda Murray (UST),
William Sugden (Debtor's Parent Entities),
David Otero (Huntington Bank),
Marsha Indych (Brett Rosenberg),

**RULING:**

Continued TRIAL

1) ACRE CFPORTFOLIO LLC's Motion to Dismiss Case or, in the Alternative, for Relief from the Automatic Stay (Doc #23): Granted with Injunction against Debtor refiling through 2/23/2027 - Dismissal Order Effective on 9/8/2026; Order by Court,

Declaration Re: Brett Rosenberg in Support of Motion (Doc #24),

Supplemental Declaration of Brett Rosenberg (Doc #130),

Debtor's Response in Opposition (Doc #42),

2) Confirmation Hearing

Disclosure Statement (Doc #66): Denied as Moot,

Chapter 11 Plan (Doc #67) 6/8/26 and Amendments (Doc #151): Denied as Moot,

ACRE CFPORTFOLIO LLC's Objection (Doc #131), Supplemental Objection (Doc #156) and Second Supplemental Objection (Doc #197) and (Doc #204),

Ballot Tabulation (Doc #154),

Confirmation Affidavit (Doc #155),

Preliminary Hearing

3) ACRE's Motion to Compel Debtor to Establish and Fund A Segregated Cash Reserve Pending a Determination of the Allowed Amount of its Secured Claim (Doc #176): Denied as Moot based on Dismissal; Order by Court

4) ACRE's Motion to Compel Nied Ownership LLC to Produce Payoff Letters and Sources and Uses Information and Request for Expedited Consideration (Doc #182): Denied as Moot based on Dismissal; Order by Court,

Debtor's Response (Doc #192),

5) Motion for Leave to Withdraw as Counsel For the Debtor (Doc #193): Granted; Order by Court

Note: Ms. Mayer's fee application to be refiled with a 7 day notice period.

(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.